```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 01475
   ADELE MARIE COLDMAN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-7002

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 02/17/2006 and was confirmed 04/27/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors   4.00%.

      The case was dismissed after confirmation 10/04/2007.
------------------------------------------------------------------------------
   CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                                PAID        PAID
------------------------------------------------------------------------------
   AMERICAN GENERAL FINANCE  SECURED            4065.78           .00       987.85
   DELL FINANCIAL SERVICES   SECURED            1993.58           .00       436.98
   LITTON LOAN SERVICING     CURRENT MORTG         .00            .00          .00
   WASHINGTON MUTUAL HOME L  CURRENT MORTG         .00            .00          .00
   LITTON LOAN SERVICING     MORTGAGE ARRE         .00            .00          .00
   WASHINGTON MUTUAL HOME L  MORTGAGE ARRE      199.14            .00       199.14
   ARONSON FURNITURE         SECURED            1679.97        161.14       263.18
   BLACK EXPRESSIONS         UNSECURED       NOT FILED            .00          .00
   CBUSASEARS                UNSECURED       NOT FILED            .00          .00
   CITI BP OIL               UNSECURED       NOT FILED            .00          .00
   CITIBANK                  UNSECURED       NOT FILED            .00          .00
   DELL FINANCIAL SERVICES   UNSECURED       NOT FILED            .00          .00
   SMC % CARSON PIRIE SCOTT  FILED LATE         1812.17           .00          .00
   INTERNAL REVENUE SERVICE  UNSECURED           645.37           .00          .00
   GE MONEY/JC PENNY         UNSECURED          1147.52           .00          .00
   MARSHALL FIELDS           UNSECURED           404.53           .00          .00
   B-LINE LLC                UNSECURED          3090.57           .00          .00
   TARGET NATIONAL BANK      UNSECURED           446.15           .00          .00
   TARGET NATIONAL BANK      UNSECURED       NOT FILED            .00          .00
   WEINSTEIN MANLEY RILEY    UNSECURED          3200.90           .00          .00
   INTERNAL REVENUE SERVICE  PRIORITY          10791.04           .00          .00
   JAGUAR CREDIT CORPORATIO  NOTICE ONLY     NOT FILED            .00          .00
   HEIGHTS AUTO WORKERS CU   UNSECURED          3084.84           .00          .00
   ARONSON FURNITURE         UNSECURED             .02            .00          .00
   FORD MOTOR CREDIT         SECURED VEHIC    14475.28            .00      2400.00
   BENNIE W FERNANDEZ        DEBTOR ATTY       2,489.00                    2,489.00
   TOM VAUGHN                TRUSTEE                                         387.27
   DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 01475 ADELE MARIE COLDMAN
```

```
-------------------------------------------------------------------------------
TRUSTEE                                 7,324.56

PRIORITY                                                              .00
SECURED                                                          4,287.15
    INTEREST                                                       161.14
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,489.00
TRUSTEE COMPENSATION                                               387.27
DEBTOR REFUND                                                         .00
                                        ---------------     ---------------
TOTALS                                  7,324.56                 7,324.56
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/28/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 06 B 01475 ADELE MARIE COLDMAN